IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
10/07/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

CONSEGUERA VALDERAMA,

Petitioner,

v.

TODD BLANCHE, Attorney General;
Secretary, DHS;
DAVID VENTURELLA, Acting Director, ICE; and
MISTY MACKEY, Warden,
Midwest Regional Reception Center,

Respondents.

Case No. 26-3299-JWL

**ORDER OF DISMISSAL**

In this habeas action pursuant to 28 U.S.C. § 2241, petitioner sought his release from detention by immigration officials. The Government has now provided notice that petitioner has in fact been released from that custody under an order of supervision. Accordingly, this case is hereby **dismissed as moot**.

IT IS SO ORDERED.

Dated this 7th day of October, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge